**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

U LOCK INC.,

      Debtor,

BANKRUPTCY NO. 22-20823-GLT

CHAPTER 7

_____

## NOTICE OF APPEAL AND STATEMENT OF ELECTION

### Part 1: Identify the appellant(s)

1. Name(s) of appellant(s):
   Shanni Snyder

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding.
- ❑ Plaintiff
- ❑ Defendant
- ❑ Other (describe) _____

For appeals in a bankruptcy case and not in an adversary proceeding.
- ❑ Debtor
- X Creditor
- ❑ Trustee
- ❑ Other (describe) _____

### Part 2: Identify the subject of this appeal

1. Describe the judgment – or the appealable order or decree – from which the appeal is taken:
   Order disallowing Clam No. 1 filed by Shanni Snyder. A copy of the Order at issue is attached hereto a Exhibit A.

2. State the date on which the judgment – or the appealable order or decree – was entered:
   February 29, 2024

### Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment – or the appealable order or decree – from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: Shanni Snyder      Attorney:    John P. Lacher
   PA I.D. #62297
   The Lynch Law Group
   501 Smith Drive, Suite 3
   Cranberry Township, PA 16066
   (724) 776-8000
   (724) 776-8001
   jlacher@lynchlaw-group.com

2. Party: Christine Biros      Attorney:    Stuart C. Gaul, Jr.
   Sarah E. Wenrich
   Bernstein-Burkley, P.C.
   601 Grant Street, Floor 9
   Pittsburgh, PA 15219

sgaul@bernsteinlaw.com
swenrich@bernsteinlaw.com

## Part 4: Option election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

❏ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

*/s/ John P. Lacher*                                                Date: March 13, 2024
JOHN P. LACHER
PA I.D. #62297
The Lynch Law Group
501 Smith Drive, Suite 3
Cranberry Township, PA 16066
724-776-8000
(724) 776-8001 (Fax)
jlacher@lynchlaw-group.com

AND

*/s/ David L. Fuchs*
DAVID L. FUCHS
PA I.D. #205694
Fuchs Law Office, LLC
554 Washington Ave., First Floor
Carnegie, PA 15106
(412) 223-5404 (phone)
(412) 223-5406 (facsimile)
dfuchs@fuchslawoffice.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

U LOCK INC.,

    Debtor,

BANKRUPTCY NO. 22-20823-GLT

CHAPTER 7

**CERTIFICATE OF SERVICE**

John P. Lacher certifies, that on the 13th day of March, 2024, a true and correct copy of the foregoing **NOTICE OF APPEAL AND STATEMENT OF ELECTION** was served upon the following (via electronic service):

| | | |
|---|---|---|
| Stuart C. Gaul, Jr. | Robert H. Slone | Office of the U.S. Trustee |
| Sarah E. Wenrich | Mahody & Mahody | 970 Liberty Center |
| Bernstein-Burkley, P.C. | 223 South Maple Avenue | Bldg. 1001 Liberty Avenue |
| 601 Grant Street, Floor 9 | Greensburg, PA 15601 | Pittsburgh, PA 15222 |
| Pittsburgh, PA 15219 | | |

Date: <u>March 13, 2024</u>

*/s/ John P. Lacher*
John P. Lacher
PA I.D. #62297
The Lynch Law Group
501 Smith Drive, Suite 3
Cranberry Township, PA 16066
(724) 776-8000
(724) 776-8001 (Fax)
jlacher@lynchlaw-group.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

U LOCK INC.,

    Debtor,

BANKRUPTCY NO. 22-20823-GLT

CHAPTER 7

**CERTIFICATE OF SERVICE**

John P. Lacher certifies, that on the 13th day of March, 2024, a true and correct copy of the foregoing **NOTICE OF APPEAL AND STATEMENT OF ELECTION** was served upon the following (via electronic service):

| | | |
|---|---|---|
| Stuart C. Gaul, Jr. | Robert H. Slone | Office of the U.S. Trustee |
| Sarah E. Wenrich | Mahody & Mahody | 970 Liberty Center |
| Bernstein-Burkley, P.C. | 223 South Maple Avenue | Bldg. 1001 Liberty Avenue |
| 601 Grant Street, Floor 9 | Greensburg, PA 15601 | Pittsburgh, PA 15222 |
| Pittsburgh, PA 15219 | | |

Date: <u>March 13, 2024</u>

*/s/ John P. Lacher*
John P. Lacher
PA I.D. #62297
The Lynch Law Group
501 Smith Drive, Suite 3
Cranberry Township, PA 16066
(724) 776-8000
(724) 776-8001 (Fax)
jlacher@lynchlaw-group.com