IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  U LOCK, INC., | ) Civil 2:24-cv-00478-NBF |
| | ) |
| Debtor. | ) |
| —------------------------------------ | ) |
| CHRISTINE BIROS, | ) |
| Appellee, | ) |
| v. | ) |
| SHANNI SNYDER, | ) |
| Appellant. | ) |

## NOTICE OF APPEARANCE

Appellant Shanni Snyder appears *in pro per* pursuant to 28 USC 1654.  *See Faretta v. California*, 422 U.S. 806, 830 (1975)("In the federal courts, the right of self-representation has been protected by statute since the beginnings of our Nation").

Respectfully submitted,

*/s/ Shanni Snyder*

_____
Shanni Snyder
14390 Route 30
Irwin PA 15642
shannis@pm.me

APPELLANT